TRUE AND CERTIFIED COPY
Jaweia Campbell
8:40 am, Jul 02 2024

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| POLISHED.COM, INC., f/k/a 1847 GOEDEKER INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK IRMIYAYEV, DAILY SUPER DEALS, INC., CYBER DAILY DEALS INC., and COLTS NECK APPLIANCES INC.,<br><br>                    Defendants. | 24-cv-05113<br><br>Removed from:<br><br>Superior Court of New Jersey, Law Division, Monmouth County<br><br>Docket No.: MON-L-2942-23 |

## STIPULATION AND ORDER OF TRANSFER

WHEREAS, on September 19, 2023, Plaintiff, Polished.com, Inc., f/k/a/ 1847 Goedeker Inc. ("Polished" or "Plaintiff") filed a complaint against Defendants Mark Irmiyayev, Daily Super Deals, Inc., Cyber Daily Deals Inc., and Colts Neck Appliances Inc. ("Defendants") in the Superior Court of New Jersey, Monmouth County (the "New Jersey State Court"), Docket No. MON-L-2942-23 (the "Action").

WHEREAS, on March 7, 2024, Polished and seven affiliated entities (together, the "Debtors") filed voluntary petitions for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

WHEREAS, the Debtors' cases (the "Bankruptcy Cases") are being administered under case number 24-10353 (TMH) and remain pending in the Delaware Bankruptcy Court before the Honorable Thomas M. Horan.

WHEREAS, George L. Miller (the "Trustee") was appointed as the chapter 7 Trustee in the Bankruptcy Cases.

4880-0655-3533.2 57099.00001

WHEREAS, on April 18, 2024, the Trustee filed a Notice of Removal removing the Action to the United States District Court for the District of New Jersey.

WHEREAS, counsel for the Trustee has advised counsel for the Defendants that he intends to move to transfer the Action to the Delaware Bankruptcy Court.

WHEREAS, the Plaintiff and the Defendants both agree that the allegations in the Complaint are related to the Bankruptcy Case, that the Action is property of the bankruptcy estate of Polished, and that the entry of a final judgment against Defendants and in favor of Plaintiff would directly and substantially affect the Debtors and their estates.

**IT IS HEREBY STIPULATED AND AGREED**, by the between the undersigned attorneys, as follows:

1.    The parties consent to transfer of the Action from this Court to the Delaware Bankruptcy Court under 28 U.S.C. § 1404(a).

2.    All parties otherwise fully reserve and do not waive any and all rights, defenses and arguments.

**IT IS HEREBY ORDERED THAT** pursuant to 28 U.S.C. § 1404(a) for convenience and in the interests of justice, upon the consent of all parties, the Action is transferred to the Delaware Bankruptcy Court.

*[ Remainder of Page Intentionally Left Blank ]*

**PACHULSKI STANG ZIEHL &
JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler
Beth Levine
780 Third Avenue
34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: bsandler@pszjlaw.com
           blevine@pszjlaw.com

*Counsel to George L. Miller, Chapter 7
Trustee*

**UNIGLICHT, BLOOM, FRACKT &
KLEINMAN**

*/s/ Joshua M. Kleinman*
Joshua M. Kleinman
195 US Highway 9, Ste 109B
Manalapan, NJ 07726
Telephone:  (732) 490-1777

*Counsel to Defendants Mark Irmiyayev,
Daily Super Deals, Inc., Cyber Daily Deals,
Inc., Colts Neck Appliances*

Dated: [ Jul 1, 2024 ], 2024

SO ORDERED:  _____
                        United States District Judge