# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of POLISHED.COM INC., *et al*.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK IRMIYAYEV, DAILY SUPER DEALS, INC., CYBER DAILY DEALS INC., and COLTS NECK APPLIANCES INC.<br><br>　　　　Defendants. | Adv. Proc. No. 24-50090 (TMH) |

## STATUS REPORT

George L. Miller, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), submits this status report in response to the *Notice and Order of Request for Status Report* [Docket No. 3] to provide an update on the above-captioned matter.

On September 19, 2023, Polished.com, Inc. filed a complaint in New Jersey Superior Cout (Monmouth County), Docket No. MON-L-2942-23 (the "Action") against defendants Mark Irmiyayev, Daily Super Deals, Inc., Cyber Daily Deals, Inc., and Colts Neck Appliances, Inc.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

(collectively, "Defendants"), alleging two counts of fraud and conversion for Defendants' conduct for running a fraudulent scheme whereby Defendant Mark Irmiyayev, Polished's former Amazon Marketplace manager, sold Polished goods from a personal Amazon account through entities (the other Defendants) he controlled.

On April 18, 2024, the Trustee filed a *Notice of Removal* removing the Action to the United States District Court for the District of New Jersey, Docket No. 24-cv-05113. On July 2, 2024, the parties filed a *Stipulation and Order of Transfer* to transfer the Action to the Delaware Bankruptcy Court under 28 U.S.C. § 1404(a), where the Action is now pending in the above-captioned adversary proceeding.

Trustee's counsel has reached out to Defendants' counsel to advise that the Action will need to move forward with the next stages of litigation and requested that the parties have a meet and confer the week of February 2, 2026, subject to counsel's availability. As of the filing of this Status Report, Defendants' counsel has not yet responded.

| | |
|---|---|
| Dated: January 30, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | ecorma@pszjlaw.com |
| | |
| | *Counsel to George L. Miller, Chapter 7 Trustee* |